# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLENE HUNT a.k.a. MARLENE WHITE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF INDIAN AFFAIRS; and the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Respondents. | NO. CV-07-3003-RHW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO VOLUNTARILY DISMISS PETITION** |

Before the Court is Petitioner's Motion for Leave to Voluntarily Dismiss Petition (Ct. Rec. 4). The motion was heard without oral argument.

Petitioner asks that the Court allow her to dismiss the above-captioned action, pursuant to Fed. R. Civ. P. 41(a). According to Petitioner, the Government has undertaken a review of the matters raised in the petition to determine whether the factual allegations constitute activity prohibited by statute or treaty. Since the federal administrative agency possessing the authority to address the situation is addressing the situation, Petitioner asserts that dismissal is in the interests of justice and judicial economy.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion for Leave to Voluntarily Dismiss Petition (Ct. Rec. 4) is **GRANTED.**

**ORDER GRANTING MOTION FOR LEAVE TO VOLUNTARILY DISMISS PETITION** ~ 1

2. The above-captioned case is **dismissed** without prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 24th day of April, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Hunt\dismiss.wpd

**ORDER GRANTING MOTION FOR LEAVE TO VOLUNTARILY DISMISS PETITION** ~ 2